UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EARL L. HALL;
2. RENITA L. BLUNT;
3. ERIC G. ADAMS;
4. JERMAINE L. HALL;
5. CONSLYN L. HALL;
6. TERRANCE R. WRAY;
7. DEMETRIUS L. HARPER; and
8. COREY D. LADSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference in the above-captioned case is set for **Monday, January 25, 2010 at 1:30 p.m.**

    Dated:  January 19, 2010