UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EARL HALL,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the Change of Plea hearing set for Friday, July 2, 2010 at 9:00 a.m. is **VACATED and reset for Monday, August 2, 2010 at 1:30 p.m.**

    Dated: June 22, 2010