UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EARL HALL,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the unavailability of the Probation Department, the change of plea hearing set for Tuesday, August 31, 2010 at 9:00 a.m. is **VACATED and RESET to Wednesday, September 1, 2010 at 2:30 p.m.**

    Dated: July 22, 2010